## C. GARDINER *v.* L. CARPENTER et al.

The Sheriff must offer a valid excuse, or else, under the Act of 1826, he will be bound for his failure to execute or return a writ within the legal delay.

APPEAL from the District Court of the Parish of Point Coupée, *Cooley*, J. *U. B. & E. Phillips*, for plaintiff. *Haralson*, for defendant and appellant.

VOORHIES, J. The plaintiff seeks to make the succession of *Richard L. Carpenter*, the late Sheriff of the parish of Pointe Coupee, and his sureties, liable for the amount of a writ of *fieri facias* issued on a judgment in his favor against *David Gay*, on the 10th December, 1852, which writ was placed in the hands of said *Carpenter*, and was retained by him until his death, in October, 1853.

The record shows that this writ was received by *Carpenter* within a week or ten days from the time it was issued, and that it was found without any return endorsed thereon, at the taking of the inventory of his estate.

It is well settled, that the liability of the Sheriff under the Act of 1826, extends to the cases in which he offers no valid excuse for his failure to execute or return a writ within the legal delay. As the defendants have offered no proof of such excuse in the present case, it is clear that they must be held liable to the plaintiff. 2 Ann. 370. Ibid, 409. 3 Ibid, 622.

It is therefore ordered and decreed, that the judgment of the District Court be affirmed, with costs.